IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-CV-01200 (EGS) |
| ERIE INTERSTATE CO. d/b/a Erie Interstate Contractors, Inc. | ) ) ) ) | |
| Defendants | ) | |

**REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Erie Interstate Co. d/b/a Erie Interstate Contractors, Inc. ("Company") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                 Respectfully submitted,

                 JENNINGS SIGMOND, P.C.

              BY:/s/  Sanford G. Rosenthal
                 SANFORD G. ROSENTHAL, ESQUIRE
                 (I.D. NO. 478737)
                 The Penn Mutual Towers, 16th Floor
                 510 Walnut Street, Independence Square
                 Philadelphia, PA 19106-3683
                 (215) 351-0615/0611
Date: October 2, 2007         Attorney for Plaintiff

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660
187727-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-CV-01200 (EGS) |
| ERIE INTERSTATE CO. d/b/a Erie Interstate Contractors, Inc. | ) ) ) ) | |
| Defendants | ) | |

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT

Sanford G. Rosenthal, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Erie Interstate Co. d/b/a Erie Interstate Contractors, Inc. ("Company") on July 19, 2007, by Ted Kwiatkowski, Process Server, who served Amanda Miller, Company's Receptionist at 5428 Genesee Street, Lancaster, NY 14086. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

187727-1

6. Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: October 2, 2007

187727-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

ERIE INTERSTATE CO.
d/b/a Erie Interstate Contractors, Inc.
5428 Genesee Street
Lancaster, NY 14086-9738

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: October 2, 2007

187727-1