AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

ERIE INTERSTATE CO., d/b/a
ERIE INTERSTATE CONTRACTORS, INC.

Case: 1:07-cv-01200
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/2/2007
Description: Labor-ERISA

CASE

TO: (Name and address of Defendant)

Erie Interstate Co.
d/b/a Erie Interstate Contractors, Inc.
5428 Genesee Street
Lancaster, PA  14086-9738

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      JUL - 2 2007
CLERK                                         DATE

(By) DEPUTY CLERK

ATTORNEY   LEI

| | |
|---|---|
| U.S. DISTRICT COURT | INDEX #   1:07-cv-01200 |
| DISTRICT OF COLUMBIA | D/O/F   7/2/2007 |

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

*PLAINTIFF PETITIONER*                                                                                   **AFFIDAVIT OF SERVICE**

ERIE INTERSTATE CO., D/B/A ERIE INTERSTATE CONTRACTORS, INC.

*DEFENDANT RESPONDENT*

Erie County, New York State;                                 **TED KWIATKOWSKI**   being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

on   07/19/2007   at   05:07 PM   at   5428 GENESEE STREET, LANCASTER, NY 14086
Deponent served the within   SUMMONS IN A CIVIL CASE AND COMPLAINT BEARING INDEX NO & FILING DATE

On   ERIE INTERSTATE CO., D/B/A ERIE INTERSTATE CONTRACTORS, INC.   DEFENDANT

(Herein after called the recipient) therein named.

**SERVICE ON A CORPORATION**

A   MUNICIPAL CORPORATION   by delivering thereat a true copy of each to   AMANDA MILLER
personally, deponent knew said corporation so served to be the corporation described in said aforementioned document as said defendant and upon information and belief knew said individual to be   **RECEPTIONIST**   thereof.

**PHYSICAL DESCRIPTION AS FOLLOWS**

FEMALE   WHITE SKIN   BLACK HAIR   21-35 YRS   5'5-5'8   161-200 LBS

OTHER IDENTIFYING FEATURES   NONE

Sworn to before me on   Monday, July 23, 2007

Jillina A. Kwiatkowski
Notary Public - State of New York
Qualified in Erie County
Reg. # 01KW6057316
My Commission Expires 04/16/11

TED KWIATKOWSKI
AFF. #   90740