Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

V.

Civil Action No. 07-1200 (EGS)

ERIE INTERSTATE CO.

    Defendant(s)

RE: ERIE INTERSTATE CO. (dba ERIE INTERSTATE CONTRACTORS, INC.)

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 19, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of October, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk