IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ERIE INTERSTATE CO. ) <br> d/b/a Erie Interstate Contractors, Inc. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 1:07-CV-01200 (EGS) |

## STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Judgment may be entered without further notice or hearing.

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> JENNINGS SIGMOND, P.C. <br><br> By: /s/ Kent Cprek <br> Kent Cprek <br> Bar No. 478231 <br> The Penn Mutual Towers, 16th Floor <br> 510 Walnut Street <br> Independence Square <br> Philadelphia, PA 19106-3683 <br> Telephone: (215) 351-0615 <br> Facsimile: (215)922-3524 <br> Attorney for Plaintiff <br><br> Date: November 26, 2007 | ERIE INTERSTATE CO. <br> d/b/a ERIE INTERSTATE CONTRACTORS, INC. <br><br> By: _____ <br> Gregory Zafirakis, on behalf of <br> Erie Interstate Co. <br> d/b/a Erie Interstate Contractors, Inc. <br> 5428 Genesee Street <br> Lancaster, PA 14086-9738 <br> Telephone: (507) 282-7480 <br> Facsimile: (507) 282-7651 <br><br><br><br> Date: 11-26-07 |

190414-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-CV-01200 (EGS) |
| ERIE INTERSTATE CO. d/b/a Erie Interstate Contractors, Inc. | ) ) ) ) | |
| Defendants | ) | |

**CONSENT ORDER AND JUDGMENT**

Upon consideration of the Joint Stipulation for Entry of Consent Order and Judgment, it is ORDERED.

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Erie Interstate Co. d/b/a Erie Interstate Contractors, Inc. ("Company" or "Defendant"), for unpaid contributions, late charges, liquidated damages, interest, and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $67,853.26 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions | $ 44,820.27 |
| (b) | Late Charges | $ 1,856.21 |
| (c) | Liquidated Damages | $ 14,449.03 |
| (d) | Interest (through 11/14/07) | $ 869.13 |
| (e) | Attorneys' Fees and Costs | $ 5,858.62 |

2. Defendant shall pay to the Pension Fund the principal sum of $50,678.89 ("Settlement Sum"), which shall be reduced to $41,357.25 upon receipt of two checks (totaling $9,321.64) which Company has sent to the Pension Fund, plus interest amortized at 6% per

190414-1

annum compounded daily on the unpaid balance of the principal sum by submitting an initial payment of $3,000.00 on or before December 15, 2007 followed by twenty-four (24) successive monthly payments of $1,708.87 commencing January 15, 2007 with the final payment due on December 15, 2009. All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1. The Settlement Sum consists of:

| | | |
|---|---|---|
| (a) | Contributions | $ 44,820.27 |
| (b) | Attorneys' Fees and Costs | $  5,858.62 |

plus interest as indicated in Exhibit 1.

3. Defendant, its owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Defendant is obligated to do so in accordance with the current and any future collective bargaining agreements to which Defendant is a party to with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4. In the event Defendant fully and timely complies with the provisions of ¶2 of this Order, the Pension Fund shall accept the payments provided for in ¶2 in full settlement of the judgment entered by ¶1 above, waiving a total of $17,174.37 ("Waiver Amount") in interest, late charges and liquidated damages. Absent compliance, Defendant shall owe the Pension Fund the Waiver Amount plus interest calculated at the rate of 6% compounded daily from November 15, 2007 to the date of actual payment.

5. The Pension Fund is entitled to reimbursement from Defendant of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court

190414-1

or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

6. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Dated:_____

_____
EMMET G. SULLIVAN,       J.
United States District Judge

Copies shall be sent to:

Jerome A. Flanagan, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Erie Interstate Co.
d/b/a Erie Interstate Contractors, Inc.
Attention: Gregory Zafirakis
5428 Genesee Street
Lancaster, PA 14086-9738

190414-1